IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

17-cv-489-bbc

BRUCE JOANIS, NATHANIEL DELEGAN
and JOHN DOE,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Richard Hoeft's claim under Heck v. Humphrey, 512 U.S. 477 (1994) that Bruce Joanis and Nathaniel Delegan coerced him into signing a confession and dismissing plaintiff's remaining claims as untimely.

/s/                                                                     8/1/2017

Peter Oppeneer, Clerk of Court                      Date