UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2017 AUG 18 AM 10: 44
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Richard Hoeft,

    Plaintiff-Appellant,

V                                           Case no. 17 CV 489 BBC

Bruce Joanis, and

Nathaniel Delegan,

    Defendant-Appellees.

**NOTICE OF APPEAL**

Please take notice that I intend on appealing to the United States Court of Appeals, for the Seventh Circuit, from the opinion and order of Judge Barbara Crabb, dated August 1st 2017. I was granted in forma pauperis status in the District Court, and wish to continue that in the appellate court.

Dated this 15th day of August, 2017

                                                       Thank you

                                                       *[signature]*